IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00860-ZLW-PAC

WILLIAM F. KING,

    Plaintiff,

v.

AFFILIATED COMPUTER SERVICES, INC.,

    Defendant.

---

## ORDER OF DISMISSAL

---

    Pursuant to and in accordance with the Stipulation To Dismiss Case With Prejudice, signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorney fees.

    DATED at Denver, Colorado, this __17__ day of August, 2005.

                                    BY THE COURT:

                                    s/ Zita L. Weinshienk
                                    _____
                                    ZITA L. WEINSHIENK,  Senior Judge
                                    United States District Court